AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| TERAH PICKLE and DANIEL PICKLE, individually and as next friends of P.S. PICKLE, a minor <br> *Plaintiff* <br> v. <br> TARGET CORPORATION, a Minnesota corporation, and Bumbo Pty. Ltd., a foreign Ccorporation, <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:10-CV-00071 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Target Corporation
CT Corporation System
350 N. St. Paul Street
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Ross Cunningham
Rose Walker, LLP
3500 Maple Avenue, Suite 900
Dallas, TX 75219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY, Clerk of Court

CLERK OF COURT

Date: September 8, 2010

*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:10-CV-00071

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Target Corporation
was received by me on *(date)* 9/9/10

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation System at 350 N St Paul Ste 2900, Dallas, TX 75201 who is designated by law to accept service of process on behalf of *(name of organization)* Target Corporation by leaving with Marie Garcia on *(date)* 9/9/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Breihan A Bridgewater  SCH237
*Server's signature*

Breihan A. Bridgewater
*Printed name and title*

5420 LBJ Dallas Tx 75240
*Server's address*

Additional information regarding attempted service, etc: